### ALVIN IRELAND V. THE STATE.

No. 9787.    Delivered March 10, 1926.

**Robbery—Escape of Appellant—Appeal Dismissed.**

Where, pending appeal, the appellant escapes from custody, and fails to voluntarily return and surrender himself within ten days, the jurisdiction of this court no longer attaches, and for this reason this cause is dismissed.    See Art. 824, C. C. P., p. 1925.

Appeal from the District Court of Archer County.    Tried below before the Hon. H. R. Wilson, Judge.

Appeal from a conviction for robbery with firearms, penalty 20 years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry Jr.*, Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for robbery with fire-arms, punishment assessed at 20 years' confinement in the penitentiary.

It is made to appear by affidavit of the sheriff of Archer County, Texas, that pending this appeal appellant escaped from the jail of said county on September 9, 1925, and remained at large until September 19, 1925, when he was recaptured by a posse in Wichita County, Texas, and returned and re-incarcerated in the jail of Archer County.

Under these circumstances the jurisdiction of this court no longer attaches. (Art. 824, C. C. P. 1925 Revision), and the appeal is therefore ordered dismissed.

*Dismissed.*